United States Bankruptcy Court
Central District of California

In re:                                                                Case No. 14-11604-VK
Manuel Raymond Lima                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-1          User: sbeverC              Page 1 of 2              Date Rcvd: Dec 11, 2014
                              Form ID: van150            Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 13, 2014.
db         +Manuel Raymond Lima,    PO Box 5318,    Chatsworth, CA 91313-5318
smg         Los Angeles City Clerk,    P.O. Box 53200,    Los Angeles, CA  90053-0200
cr         +Capital One, N.A., as successor by merger to ING B,    The Law Offices of Michelle Ghidotti,
             5120 E. La Palma Avenue,    Suite 206,    Anaheim Hills, CA 92807-2091
35041152   +Allied Credit/Alliance One,    Attn: Bankruptcy,    Po Box 2449,   Gig Harbor, WA 98335-4449
35109930   +Capital One, N.A.,    P.O Box 17000,    Baltimore, MD 21297-1000
35041154   +Chapter 13 Trustee,    Elizabeth F. Rojas,    15060 Ventura Blvd, Suite #240,
             Sherman Oaks, CA 91403-2436
35041155   +Chevy Chase Fed Sav Ba,    Capital One/Attn:Bankruptcy,    Po Box 30285,
             Salt Lake City, UT 84130-0285
35091319    LOS ANGELES COUNTY TAX COLLECTOR,    POB 54110,    LOS ANGELES CA 90054-0110
35041160   +Modrn Adj Bu,    6226 Vineland Ave,    North Hollywood, CA 91606-3792
35041162   #+Quality Loan Service,    2141 5th Avenue,    TS# CA-13-564104-CL,    San Diego, CA 92101-2101
35041164   +Union Adjustment Co,    3214 W Burbank Blvd,    Burbank, CA 91505-2201

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         EDI: EDD.COM Dec 12 2014 02:03:00      Employment Development Dept.,    Bankruptcy Group MIC 92E,
             P.O. Box 826880,    Sacramento, CA  94280-0001
smg         EDI: CALTAX.COM Dec 12 2014 01:58:00      Franchise Tax Board,   Bankruptcy Section MS: A-340,
             P.O. Box 2952,    Sacramento, CA  95812-2952
intp        EDI: RECOVERYCORP.COM Dec 12 2014 01:58:00      Recovery Management Systems Corporation,
             25 SE 2nd Avenue, Suite 1120,     Miami, FL  33131-1605
35041153   +EDI: BANKAMER.COM Dec 12 2014 01:58:00      Bank Of America,    Attn: Bankruptcy NC4-105-0314,
             Po Box 26012,    Greensboro, NC 27420-6012
35069943    EDI: FORD.COM Dec 12 2014 01:58:00      Ford Motor Credit Company LLC,    P O Box 6275,
             Dearborn  MI   48121
35041156    EDI: FORD.COM Dec 12 2014 01:58:00      Ford Motor Credit Corporation,    Ford Motor Credit,
             Po Box 6275,    Dearborn, MI 48121
35380348    EDI: CALTAX.COM Dec 12 2014 01:58:00      FRANCHISE TAX BOARD,    BANKRUPTCY SECTION MS A340,
             PO BOX 2952,    SACRAMENTO CA 95812-2952
35041157    EDI: CALTAX.COM Dec 12 2014 01:58:00      Franchise Tax Board,    Attn: Bankruptcy Unit,
             P.O. Box 2952,    Sacramento, CA 95812-2952
35041158    EDI: IRS.COM Dec 12 2014 02:03:00      Internal Revenue Service,    P.O. Box 7346,
             Philadelphia, PA 19101-7346
35041159   +E-mail/Text: MVCIBL@VACATIONCLUB.COM Dec 12 2014 01:58:12      Marriott Ownership,
             1200 Bartow Rd. Suite 14,    Lakeland, FL 33801-5901
35041161   +E-mail/Text: USTPregion16.LA.ECF@USDOJ.GOV Dec 12 2014 01:58:09
             Office of the United States Trustee,    915 Wilshire Blvd., Ste 1850,
             Los Angeles, CA 90017-3560
35091569    EDI: RECOVERYCORP.COM Dec 12 2014 01:58:00      Recovery Management Systems Corporation,
             25 S.E. 2nd Avenue, Suite 1120,     Miami, FL 33131-1605
35041163   +EDI: DRIV.COM Dec 12 2014 02:03:00      Santander Consumer Usa,    Po Box 961245,
             Ft Worth, TX 76161-0244
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp          Courtesy NEF
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2014                             Signature:  /s/Joseph Speetjens

```
District/off: 0973-1           User: sbeverC              Page 2 of 2                   Date Rcvd: Dec 11, 2014
                               Form ID: van150            Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2014 at the address(es) listed below:

```
              Elizabeth (SV) F Rojas (TR)    cacb_ecf_sv@ch13wla.com
              Kevin T Simon    on behalf of Debtor Manuel Raymond Lima kevin@srhlawfirm.com,
               ktsecf@gmail.com
              Michelle R Ghidotti    on behalf of Interested Party    Courtesy NEF mghidotti@ghidottilaw.com,
               ECFNotifications@ghidottilaw.com
              Michelle R Ghidotti    on behalf of Creditor    Capital One, N.A., as successor by merger to ING
               Bank, FSB mghidotti@ghidottilaw.com, ECFNotifications@ghidottilaw.com
              Ramesh  Singh    on behalf of Interested Party    Recovery Management Systems Corporation
               claims@recoverycorp.com
              United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
                                                                                             TOTAL: 6
```

**United States Bankruptcy Court**
**Central District Of California**

21041 Burbank Blvd, Woodland Hills, CA 91367−6603

# ORDER AND NOTICE OF DISMISSAL
# ARISING FROM CHAPTER 13 CONFIRMATION HEARING

**DEBTOR INFORMATION:**
Manuel Raymond Lima

**BANKRUPTCY NO.**  1:14−bk−11604−VK

**CHAPTER**  13

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):   xxx−xx−8367
**Employer Tax−Identification (EIN) No(s).(if any):**   N/A
**Debtor Dismissal Date:** 12/11/14

**Address:**
PO Box 5318
Chatsworth, CA 91313

Pursuant to the court's findings and conclusions made at the confirmation hearing in this case,
IT IS ORDERED THAT:

(1)   debtor's bankruptcy case is dismissed; and

(2)   the court retains jurisdiction on all issues arising under Bankruptcy Code Sections 110, 329 and 362.

Dated: December 11, 2014

BY THE COURT,
**Kathleen J. Campbell**
Clerk of Court

(Form od13a VAN−150) Rev. 03/09

**42 / SBG**